**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-1028**

─────────

DONNA GAZELLE; HARRY GAZELLE,

Plaintiffs - Appellants,

versus

LEO DEROBERTIS, JR.; DICK SIMON TRUCKING,
INCORPORATED,

Defendants - Appellees,

and

JOHN M. MCNEIL, JR.; SIMON TRANSPORTATION SER-
VICES, INCORPORATED,

Defendants.

─────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. David A. Faber, District
Judge. (CA-98-336-1)

─────────

Submitted: June 20, 2001          Decided: July 19, 2001

─────────

Before WIDENER, TRAXLER, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Thomas R. Wolf, REMINGER & REMINGER CO., L.P.A., Cleveland, Ohio, for Appellants. David L. Yaussy, Brian R. Swiger, ROBINSON & MCELWEE, P.L.L.C., Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donna and Harry Gazelle appeal the district court judgment enforcing a settlement agreement. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gazelle v. DeRobertis, No. CA-98-336-1 (S.D.W. Va. Nov. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2